1  RICHARD M. ROGERS, #045843
   MAYO & ROGERS
2  114 Sansome Street, #1310
   San Francisco, CA 94104
3  Telephone:    415/397-1515
   Facsimile:    415/397-1540
4  Email:        RogersRMR@aol.com

5  Attorneys for Plaintiff
   HEIDI M. FITZER

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| HEIDI M. FITZER, | ) | CASE NO. 2:05-CV-00507-GEB-GGH |
|---|---|---|
| Plaintiff, | ) | Case filed:         01/26/05 |
|  | ) | Removed to USDC-ED: 03/11/05 |
| v. | ) | Trial date:         06/13/06 |
| CHEVRON CORPORATION, ARLENE GAONA, | ) | **STIPULATION TO FILING FIRST AMENDED COMPLAINT; [PROPOSED] ORDER** |
| Defendants. | ) |  |

The parties hereby stipulate that Plaintiff may file a First Amended Complaint in the form of Exhibit 1 hereto, subject to Defendants' right to file a responsive pleading within 10 days of Plaintiff's service of the filed Amended Complaint.

The reasons for the proposed First Amended Complaint are:

1. The amendments allege matters which occurred after the Complaint herein was filed, to wit: retaliatory conduct which caused Plaintiff increased emotional distress. (Fourth, Fifth, and Sixth Causes of Action)

2. It would be inefficient to require Plaintiff to file a new and separate action on the new matters.

3. Exhaustion of administrative remedies is not required when new acts occur after a complaint is filed. *Greenlaw v. Garrett*, 59 F.3d 994, 1000 (9th Cir. 1994); *Sosa v. Hiraoka*, 920 F.2d 1451, 1456-1457, n. 2 (9th Cir. 1990).

Respectfully submitted,

Dated:  06/07/05

MAYO & ROGERS

By: /s/
RICHARD M. ROGERS
Attorneys for Plaintiff

Dated:  06/07/05

FILICE BROWN EASSA & MCLEOD LLP

By: /s/
DELIA A. ISVORANU
Attorneys for Defendants

IT IS SO ORDERED.

Dated: June 9, 2005

/s/ Garland E. Burrell, Jr.
GARLAND E. BURRELL, JR.
United States District Judge