IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

HEIDI M. FITZER,

Plaintiff,

v.

CHEVRON CORPORATION and ARLENE GAONA,

Defendants.

CIV. S-05-507 GEB GGH

ORDER

The expert disclosure requirements prescribed in the June 2, 2005, Status (Pretrial Scheduling) Order are amended as follows: Each party shall comply with Federal Rule of Civil Procedure 26(a)(2)'s initial expert witness disclosure and report requirements on or before August 8, 2005, and with the rebuttal expert disclosures authorized under the Rule on or before September 8, 2005.

IT IS SO ORDERED.

Dated: July 7, 2005

/s/ Garland E. Burrell, Jr.
GARLAND E. BURRELL, JR.
United States District Judge

