```
                    IN THE UNITED STATES DISTRICT COURT

                  FOR THE EASTERN DISTRICT OF CALIFORNIA


HEIDI M. FITZER,                    )    2:05-cv-00507-GEB-GGH
                                    )
               Plaintiff,           )
                                    )
          v.                        )
                                    )
CHVERON CORPORATION, ARLENE         )
GAONA,                              )
                                    )
               Defendants.          )
                                    )
HEIDI M. FITZER,                    )    2:05-cv-02472-DFL-GGH
                                    )
               Plaintiff,           )
                                    )
          v.                        )
                                    )
CHEVRON CORPORATION and BUCK        )    RELATED CASE ORDER
BUCHANAN,                           )
                                    )
               Defendants.          )
                                    )
```

         Examination of the above-entitled actions reveals that they are related within the meaning of Local Rule 83-123(a). Accordingly, the assignment of the actions to the same judge and magistrate judge is likely to effect a substantial savings of judicial effort and is also likely to be convenient for the parties.

1

1         The parties should be aware that relating the cases under Local Rule 83-123 merely results in the actions being assigned to the same judge; no consolidation of the actions is effected.  Under the regular practice of this court, related cases are generally assigned to the judge to whom the first filed action was assigned.

        IT IS THEREFORE ORDERED that action 2:05-cv-02472-DFL-GGH is reassigned to Judge Garland E. Burrell, Jr., for all further proceedings.  Henceforth, the caption on documents filed in the reassigned case shall show the docket number 2:05-cv-02472-GEB-GGH.  Further, the parties in the reassigned case are referred to the attached Order Setting Status (Pretrial Scheduling) Conference.

        IT IS FURTHER ORDERED that the Clerk of the Court make appropriate adjustment in the assignment of civil cases to compensate for this reassignment.

        IT IS SO ORDERED.

DATED:  December 12, 2005

        /s/ Garland E. Burrell, Jr.
GARLAND E. BURRELL, JR.
United States District Judge